

DOCKETED
AUG 1 9 2003

**APPEAL**

**U.S. Bankruptcy Court**
**Northern District of Illinois (Chicago)**
**Adversary Proceeding #: 03-01941**
**Internal Use Only**

03 cv 5538
Mag. Judge Bobrick
Judge Kocoras.

*Assigned to:* Hon. Carol A. Doyle
*Related BK Case:* 02-12059
*Related BK Title:* Ha-Lo Industries Inc
*Demand:* 0
*Nature of Suit:* 434

*Date Filed:* 06/02/03

**FILED**
AUG 1 1 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff**

**Ha-Lo Industries Inc**     represented by **Bruce S Sperling**
Sperling & Slater
55 W Monroe Street Suite 3300
Chicago, IL 60603
312-641-3200

This is to certify that the within and attached document is a full, true and correct copy of the original thereof as the same appears on file in the office of the Clerk of the United States Bankruptcy Court for the Northern District of Illinois.
KENNETH S. GARDNER
CLERK OF COURT
By _M. Williams_
Deputy Clerk
Dated 8-14-03

V.

**Defendant**

| | | |
|---|---|---|
| **David H Mendelson** | represented by | **Miller, Marvin A** *LEAD ATTORNEY* |
| **Lauren S Mendelson** | represented by | **Miller, Marvin A** *LEAD ATTORNEY* |
| **Darren Lisse** | represented by | **Miller, Marvin A** *LEAD ATTORNEY* |
| **Patrick A Sheridan** | represented by | **Miller, Marvin A** *LEAD ATTORNEY* |
| **Dan Lettieri** | represented by | **Miller, Marvin A** *LEAD ATTORNEY* |
| **Howard Mittleman** | represented by | **Miller, Marvin A** *LEAD ATTORNEY* |

**Intervenor**

**Lou Weisbach**    represented by
**Richard G Ziegler**
Mayer Brown Rowe & Maw
190 S LaSalle St



Chicago, Il 60603
312 782 -0600
*LEAD ATTORNEY*

| Filing Date | # | Docket Text |
|---|---|---|
| 06/02/2003 | 1 | ADVERSARY Complaint [JEJ] (Entered: 06/02/2003) |
| 06/02/2003 | 2 | COVER Sheet [JEJ] (Entered: 06/02/2003) |
| 06/02/2003 | 3 | ISSUED Summons - Status Hearing hearing on 07/09/2003 at 10:30 a.m. at 219 South Dearborn, Courtroom 742, Chicago, IL 60604 [JEJ] (Entered: 06/02/2003) |
| 07/09/2003 | 4 | HEARING Continued hearing on 07/16/2003 at 11:00 a.m. RE: Item# 3 [TD] Original NIBS Entry Number: 3A (Entered: 06/11/2003) |
| 06/02/2003 | 5 | NOTICE of Motion [CG] Original NIBS Entry Number: 4 Additional attachment(s) added on 8/1/2003 (McWilliams, Della). ATTACHED PDF Modified on 8/1/2003 (McWilliams, Della). (Entered: 06/03/2003) |
| 06/02/2003 | 6 | MOTION for Preliminary Injunction by Plaintiff, debtor and debtor in possession [Notice of Deficient] hearing on 06/11/2003 at 11:00 a.m. at 219 South Dearborn, Courtroom 742, Chicago, IL 60604 [CG] Original NIBS Entry Number: 5 Additional attachmen t(s) added on 8/1/2003 (McWilliams, Della). CORRECTIVE ENTRY: CORRECTED PDF Modified on 8/1/2003 (McWilliams, Della). (Entered: 06/03/2003) |
| 06/11/2003 | 7 | HEARING Continued hearing on 07/16/2003 at 11:00 a.m. RE: Item# 6 [TD] Original NIBS Entry Number: 5A (Entered: 06/11/2003) |
| 06/02/2003 | 8 | MEMORANDUM in Support of HA-LO's motion for preliminary injunction by Plaintiff, debtor and debtor in possession RE: Item# 6 [CG] Original NIBS Entry Number: 6 Additional attachment(s) added on 8/1/2003 (McWilliams, Della). CORRECTIVE ENTRY: AT TACHED PDF Modified on 8/1/2003 (McWilliams, Della). (Entered: 06/03/2003) |
| 06/11/2003 | 9 | NOTICE of Motion [CG] Original NIBS Entry Number: 7 (Entered: 06/11/2003) |
| 06/11/2003 | 10 | MOTION to Intervene as of Right by Gregory J Kilrea hearing on 06/16/2003 at 10:30 a.m. at 219 South Dearborn, Courtroom 742, Chicago, IL 60604 [CG] Original NIBS Entry Number: 8 (Entered: 06/11/2003) |

| 06/10/2003 | 11 | APPEARANCE by Wildman Harrold Allen & Dixon for Gregory J Kilrea, intervenor in adversqry no 03 A 01941 [CG] Original NIBS Entry Number: 9 (Entered: 06/11/2003) |
|---|---|---|
| 06/11/2003 | 12 | RESPONSE due by 06/25/2003<br>REPLY due by 07/02/2003<br>ORDER status ruling set hearing on 07/16/2003 at 11:00 a.m. RE: Item# 6 [NM] Original NIBS Entry Number: 10 (Entered: 06/12/2003) |
| 06/11/2003 | 13 | RESPONSE due by 06/13/2003<br>REPLY due by 06/17/2003 RE: Item# 10 [NM] Original NIBS Entry Number: 11 (Entered: 06/12/2003) |
| 06/13/2003 | 14 | Response to (related document(s): 10 Generic Motion) Filed by Bruce S Sperling on behalf of Dan Letticri, Darren Lisse, David H Mendelson, Lauren S Mendelson, Howard Mittleman, Patrick A Sheridan (Green, Charlie) (Entered: 06/16/2003) |
| 06/17/2003 | 15 | Reply Brief to (related document(s): 10 Generic Motion) Filed by Thomas M Durkin on behalf of Gregory Kilrea (Green, Charlie) (Entered: 06/19/2003) |
| 06/17/2003 | 16 | Notice of Filing Filed by Thomas M Durkin on behalf of Gregory Kilrea (RE: 15 Reply). (Green, Charlie) (Entered: 06/19/2003) |
| 06/25/2003 | 17 | Notice of Motion and Motion for Leave to File Memorandum in Excess of 15 pages Filed by Marvin A Miller on behalf of Ha-Lo Industries Inc. Hearing scheduled for 6/30/2003 at 10:00 AM at 219 South Dearborn, Courtroom 742. (Attachments: # 1 Exhibit # 2 Exhibit) (Green, Charlie) (Entered: 06/26/2003) |
| 06/25/2003 | 18 | Proposed Intervenors' Response in Opposition to (related document(s): 6 Generic Motion, 10 Generic Motion) Filed by Gregory Kilrea on behalf of Ha-Lo Industries Inc (Green, Charlie) (Entered: 06/28/2003) |
| 06/25/2003 | 19 | Notice of Filing Filed by Gregory Kilrea on behalf of Ha-Lo Industries Inc (RE: 18 Response). (Green, Charlie) (Entered: 06/28/2003) |
| 06/30/2003 | 20 | Order Granting Motion for Leave and HA-LO is Granted Leave to file a reply of 20 pages or less (Related Doc # 17). Signed on 6/30/2003. (Green, Charlie) (Entered: 07/02/2003) |
| 07/02/2003 | 21 | Memorandum Reply to (related document(s): 18 Response) Filed by Steven C Florsheim on behalf of Ha-Lo Industries Inc (Dobbins, |

| | | |
|---|---|---|
| | | Lillie) (Entered: 07/03/2003) |
| 07/02/2003 | 22 | Reply Memorandum in Support to (related document(s): 6 Generic Motion) Filed by Steven C Florsheim on behalf of Ha-Lo Industries Inc (Dobbins, Lillie) (Entered: 07/03/2003) |
| 07/16/2003 | 23 | Hearing Continued (RE: 1 Complaint). Status hearing to be held on 8/13/2003 at 11:00 AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Devine, Tina) (Entered: 07/16/2003) |
| 07/16/2003 | 24 | Order Granting Motion (Related Doc # 10). Signed on 7/16/2003. (McWilliams, Della) (Entered: 07/19/2003) |
| 07/21/2003 | 25 | Order Granting Motion (Related Doc # 6). Signed on 7/21/2003. (Green, Charlie) (Entered: 07/24/2003) |
| 07/24/2003 | 26 | Notice of Change of Firm Name to Vedder Price Kaufman & Kammholz PC, 222 North LaSalle Street Suite 2600, Chicago, Illinois 60601 Filed by Thomas P Cimino Jr on behalf of Ha-Lo Industries Inc . (Green, Charlie) (Entered: 07/26/2003) |
| 07/24/2003 | 27 | Notice of Filing and Proof of Service Filed by Thomas P Cimino Jr on behalf of Ha-Lo Industries Inc (RE: 26 Notice). (Green, Charlie) (Entered: 07/26/2003) |
| 07/25/2003 | 28 | Notice of Appeal Filed by Matthew E Van Tine on behalf of Dan Lettieri , Darren Lisse , David H Mendelson , Lauren S Mendelson , Howard Mittleman , Patrick A Sheridan . Receipt Number 3024135, Fee Amount $105 (RE: 25 Order on Generic Motion). Appellant Designation due by 8/4/2003. Transmission of Record Due by 9/3/2003. (McWilliams, Della) (Entered: 07/28/2003) |
| 07/28/2003 | 29 | Notice of Filing to Bk Judge and Parties on Service List (RE: 28 Notice of Appeal, ). (McWilliams, Della) (Entered: 07/28/2003) |
| 07/25/2003 | 30 | Certificate of Mailing/Service Filed by Matthew E Van Tine on behalf of Dan Lettieri , Darren Lisse , David H Mendelson , Lauren S Mendelson , Howard Mittleman , Patrick A Sheridan (RE: 28 Notice of Appeal, ). (McWilliams, Della) (Entered: 07/28/2003) |
| 07/31/2003 | 31 | Motion for Leave to Appeal (related document(s): 25 Order on Generic Motion) Filed by Sheri L Drucker on behalf of Bradley Keywell , Eric Lefkofsky , Linden Nelson , Lou Weisbach , Gregory Kilrea . Transmission of Record Due by 8/11/20 03. (McWilliams, Della) (Entered: 08/01/2003) |
| 07/31/2003 | 32 | Notice of Appeal Filed by Sheri L Drucker on behalf of Bradley |

| | | |
|---|---|---|
| | | Keywell, Gregory Kilrea, Eric Lefkofsky, Linden Nelson, Lou Weisbach. Receipt Number 3025170, Fee Amount $105 (RE: 25 Order on Generic Motion). (McWilliams, Della) (Entered: 08/01/2003) |
| 08/01/2003 | 33 | Notice of Filing to Bk Judge and Parties on Service List (RE: 31 Motion for Leave to Appeal,, 32 Notice of Appeal). (McWilliams, Della) (Entered: 08/01/2003) |
| 08/01/2003 | 34 | CORRECTIVE ENTRY ATTACHED PDF (RE: 8 Memorandum, ). (McWilliams, Della) (Entered: 08/01/2003) |
| 08/01/2003 | 35 | CORRECTIVE ENTRY ATTACHED PDF (RE: 5 Notice of Motion). (McWilliams, Della) (Entered: 08/01/2003) |
| 08/01/2003 | 36 | CORRECTIVE ENTRY CORRECTED PDF (RE: 6 Generic Motion, ). (McWilliams, Della) (Entered: 08/01/2003) |
| 08/04/2003 | 37 | Cross Appeal Filed by Steven C Florsheim on behalf of Ha-Lo Industries Inc. Receipt Number 3025478, Fee Amount $105 (RE: 28 Notice of Appeal,, 32 Notice of Appeal). Appellee designation due by 8/14/2003. (Dobbins, Lillie) (Entered: 08/04/2003) |
| 08/04/2003 | 38 | Notice of Filing to Bk Judge and Parties on Service List (RE: 37 Cross Appeal). (Dobbins, Lillie) (Entered: 08/05/2003) |
| 07/31/2003 | 39 | Appearance Filed by Sheri L Drucker on behalf of Lou Weisbach. (Green, Charlie) (Entered: 08/05/2003) |
| 07/31/2003 | 40 | Appearance Filed by Sheri L Drucker on behalf of Lou Weisbach. (Green, Charlie)CORRECTIVE ENTRY: CORRECTED ASSOCIATION FILED BY RICHARD G. ZIEGLER Modified on 8/18/2003 (Weston, Carel Dell). (Entered: 08/05/2003) |
| 07/31/2003 | 41 | Appearance Filed by Michele Odorizzi on behalf of Lou Weisbach. (Green, Charlie) (Entered: 08/05/2003) |
| 07/31/2003 | 42 | Appearance Filed by Joel D Bertocchi on behalf of Lou Weisbach. (Green, Charlie) Additional attachment(s) added on 8/16/2003 (Dobbins, Lillie). CORRECTIVE ENTRY: ATTACHED PDF Modified on 8/16/2003 (Dobbins, Lillie). (Entered: 08/05/2003) |
| 08/04/2003 | 43 | Appellant Designation of Contents for Inclusion in Record and Statement of Issue On Appeal Filed by Miller, Marvin A on behalf of Dan Lettieri, Darren Lisse, David H Mendelson, Lauren S Mendelson, Howard Mittleman, Patrick A Sheridan. (RE: 28 Notice of Appeal, ). (Williams, Marie) (Entered: 08/07/2003) |

| | | |
|---|---|---|
| 08/04/2003 | ●44 | Notice of Filing Filed by Miller, Marvin A on behalf of Dan Lettieri, Darren Lisse, David H Mendelson, Lauren S Mendelson, Howard Mittleman, Patrick A Sheridan (RE: 43 Appellant Designation and Statement of Issue, ). (Williams, Marie) (Entered: 08/07/2003) |
| 08/11/2003 | ●45 | Transmittal of Record to The U.S. District Court. Civil Case Number: 03-5538 Assigned to District Court Judge: Kocoras (RE: 31 Motion for Leave to Appeal,, 32 Notice of Appeal). (Williams, Marie) (Entered: 08/11/2003) |
| 08/12/2003 | ●46 | Request for Transcript re: Appeal Filed by Van tine, Matthew E. (RE: 28 Notice of Appeal,, 32 Notice of Appeal). Transcript Due by 9/8/2003. (Williams, Marie) (Entered: 08/13/2003) |
| 08/14/2003 | ●47 | Appellee Designation of Contents for Inclusion in Record and Statement of Issue on Cross-Appeal Filed by Steven C Florsheim on behalf of Ha-Lo Industries Inc . (RE: 37 Cross Appeal). (Dobbins, Lillie) (Entered: 08/16/2003) |
| 08/16/2003 | ●48 | CORRECTIVE ENTRY ATTACHED PDF (RE: 42 Appearance). (Dobbins, Lillie) (Entered: 08/16/2003) |
| 08/18/2003 | ●49 | CORRECTIVE ENTRY CORRECTED ASSOCIATION FILED BY RICHARD G. ZIEGLER (RE: 40 Appearance). (Weston, Carel Dell) (Entered: 08/18/2003) |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS



# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** Bradley Keywell, Gregory Kilrea, Eric Lefkofsky, Linden Nelson and Lou Weisbach (Appellants)

**Defendant(s):** Halo Industries, Inc (Appellee)

County of Residence:

County of Residence:

Plaintiff's Atty: Robert P Cummins etal
Cummins & Cronin, LLC
77 W Wacker Drive, Ste 4800
Chicago, IL 60601

Defendant's Atty: Bruce S Sperling
Sperling & Slater
35 W Monroe Street, Ste 3200

II. Basis of Jurisdiction:   3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties (Diversity Cases Only)
    Plaintiff:- N/A
    Defendant:- N/A

IV. Origin:   1. Original Proceeding

V. Nature of Suit:   422 Appeal 28 USC 158

VI. Cause of Action:   Motion for Leave to Appeal by Appellants (Listed Above)

VII. Requested in Complaint
    Class Action: No
    Dollar Demand:
    Jury Demand: No

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature: _M. Williams_

Date: 8-11-03

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the**