# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

BRADLEY KEYWELL, et al.,
Appellants,
v.                                              No. 03-CV-5538 (Hon. Charles P. Kocoras)
HA-LO INDUSTRIES, INC.,
Appellee.

APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

ERIC LEFKOFSKY

**(A)**
SIGNATURE: *Thomas P. Cimino, Jr.* (signed)
NAME: Thomas P. Cimino, Jr.
FIRM: Vedder, Price, Kaufman & Kammholz, P.C.
STREET ADDRESS: 222 North LaSalle Street, Suite 2300
CITY/STATE/ZIP: Chicago, Illinois 60601
TELEPHONE NUMBER: 312/609-7500
FAX NUMBER: 312/609-5005
E-MAIL ADDRESS: tcimino@vedderprice.com
IDENTIFICATION NUMBER: 06195940
MEMBER OF TRIAL BAR? YES ☑ NO ☐
TRIAL ATTORNEY? YES ☑ NO ☐

**(B)** [blank]

**(C)** [blank]

**(D)** [blank]

FILED SEP 0 9 2003 / SEP - 5 2003 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

CHICAGO/#1137584.1