# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

BRADLEY KEYWELL, et al.,

    Appellants,
    Cross-Appellees,

v.

HA-LO INDUSTRIES, INC.,

    Appellee,
    Cross-Appellant.

Case Nos. **03 C 5538**
and **03 C 6084**
(consolidated)

Judge Charles R. Norgle, Sr.

Appeals from Bankruptcy Adversary No. 03 A 1941
Judge Carol A. Doyle

## NOTICE OF APPEAL

Notice is hereby given that Gregory J. Kilrea, Lou Weisbach, Linden Nelson, Eric Lefkofsky and Bradley Keywell, Appellants in No. 03 C 5538 and Cross-Appellees in No. 03 C 6084 (collectively referred to herein as "the Intervenors"), appeal to the United States Court of Appeals for the Seventh Circuit from the order of the District Court, dated December 22, 2003, in which that court (1) affirmed on appeal the decision of the Bankruptcy Court granting the motion of HA-LO Industries, Inc. for a preliminary injunction, and (2) denied as moot the Intervenors' motion for entry of an injunction under 28 U.S.C. §1651.

Respectfully submitted,

LOU WEISBACH, on behalf of himself and BRADLEY KEYWELL, GREGORY KILREA, ERIC LEFKOFSKY & LINDEN NELSON

By: _____
One of their attorneys

Thomas M. Durkin
Joel D. Bertocchi
Richard G. Ziegler
Sheri L. Drucker
Mayer, Brown, Rowe & Maw LLP
190 S. LaSalle Street
Chicago, IL 60603
(312) 782-0600

Allan Tracy Slagel
Howard A. Davis
Patricia S. Spratt
Shefsky & Froelich, Ltd.
444 N. Michigan Avenue
Chicago, IL 60611
(312) 527-4000

Thomas P. Cimino, Jr.
Vedder, Price, Kaufman & Kammholz
222 N. LaSalle Street
Suite 2300
Chicago, IL 60601
(312) 609-7500

Robert P. Cummins
Cummins & Cronin
77 West Wacker Drive, Suite 4800
Chicago, IL 60601
(312) 578-0500

Bart T. Murphy
Samuel S. Cohen
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
(312) 201-2000

Simon J. Hill
Bradley J. Schram
Hertz, Schram & Saretsky, P.C.
1760 South Telegraph Road, Suite 300
Bloomfield Hills, MI 48302
(248) 335-5000

Steven R. Lefkofsky
Petersen & Lefkofsky
39533 Woodward Avenue
Suite 170
Bloomfield Hills, MI 48304
(248) 644-6400

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| BRADLEY KEYWELL, et al., ) | Case Nos. **03 C 5538** |
| ) | and **03 C 6084** |
| Appellants, ) | (consolidated) |
| Cross-Appellees, ) | |
| ) | |
| v. ) | Judge Charles R. |
| ) | Norgle, Sr. |
| ) | |
| HA-LO INDUSTRIES, INC., ) | Appeals from |
| ) | Bankruptcy Adversary |
| Appellee, ) | No. 03 A 1941 |
| Cross-Appellant. ) | Judge Carol A. |
| ) | Doyle |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **Notice of Appeal** was served upon the following:

Howard Mittelman, David H. Mendelson, Lauren S. Mendelson, Darren Lisse, Patrick Sheridan, and Dan Lettieri, Defendants Herein

Katharine M. Ryan
Marc I. Willner
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Suite 4000
Bala Cynwyd, PA 19004
(610) 667-7706

Clifford S. Goodstein
Susan M. Greenwood
MILBERG WEISS BERSHAD
 HYNES & LERACH LLP
One Pennsylvania Plaza – 49th Floor
New York, New York 10119
(212) 594-5300

1

Marvin A. Miller
Jennifer Winter Sprengel
Matthew E. Van Tine
MILLER FAUCHER and CAFFERTY LLP
30 North LaSalle Street, Suite 3200
Chicago, Illinois 60602
(312) 782-4880

Stewart Cearley
CAULEY GELLER BOWMAN & RUDMAN, LLP
11311 Arcade Drive, Suite 200
P.O. Box 25438
Little Rock, Arkansas 72221
(501) 312-8500

Paul J. Geller
Jack Reise
CAULEY GELLER BOWMAN & RUDMAN, LLP
1 Boca Place
2255 Glades Road, Suite 421A
Boca Raton, Florida 33431
(561) 750-3000

Adam J. Levitt
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
656 West Randolph Street
Suite 500 West
Chicago, Illinois 60602
(312) 466-9200

Michael S. Etkin
Ira Levee
LOWENSTEIN SANDLER
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500

HA-LO Industries, Inc., Debtor and Debtor-in-Possession, Plaintiff Herein

Bruce S. Sperling
Steven C. Florsheim
Robert D. Cheifetz
SPERLING & SLATER
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603
(312) 641-3200

Gregory J. Kilrea, Linden Nelson, Bradley Keywell,
and Eric Lefkofsky, Intervenors

Samuel S. Cohen
WILDMAN, HARROLD, ALLEN & DIXON
225 West Wacker Drive, Suite 300
Chicago, Illinois 60606
(312) 201-2000

Thomas P. Cimino, Jr.
David L. Doyle
VEDDER, PRICE, KAUFMAN & KAMMHOLZ
222 North LaSalle Street, Suite 2300
Chicago, Illinois 60601
(312) 609-7500

Steven R. Lefkofsky
PETERSEN & LEFKOFSKY, P.C.
39533 Woodward Avenue
Suite 170
Bloomfield Hills, Michigan 48304
(248) 644-6400

Allan T. Slagel
Howard A. Davis
Jared M. Wayne
SHEFSKY & FROELICH LTD.
444 North Michigan Avenue
Suite 2500
Chicago, Illinois 60611
(312) 527-4000

Simon J. Hill
Bradley J. Schram
HERTZ, SCHRAM & SARETSKY, P.C.
1760 South Telegraph Road
Suite 3000
Bloomfield Hills, Michigan 48302
(248) 335-5000

by overnight mail a copy of the same, pursuant to the court's agreed order, at 190 South LaSalle Street, Chicago, Illinois this 16th of January, 2004.

Dated: January 16, 2004                    Respectfully submitted,

                                           By: /s/ Joel D. Bertocchi

                                           Counsel for Lou Weisbach:
                                           Joel D. Bertocchi
                                           MAYER, BROWN, ROWE & MAW LLP
                                           190 South LaSalle Street
                                           Chicago, IL 60603

4

FILED UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

02 CV 15 JAN 16

U.S. DISTRICT COURT

| | |
|---|---|
| BRADLEY KEYWELL, et al., ) | Case Nos. **03 C 5538** |
| ) | and **03 C 6084** |
| Appellants, ) | (consolidated) |
| Cross-Appellees, ) | |
| ) | |
| v. ) | Judge Charles R. |
| ) | Norgle, Sr. |
| ) | |
| HA-LO INDUSTRIES, INC., ) | Appeals from |
| ) | Bankruptcy Adversary |
| Appellee, ) | No. 03 A 1941 |
| Cross-Appellant. ) | Judge Carol A. |
| ) | Doyle |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on January 16, 2004, counsel for Lou Weisbach caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, the **Notice of Appeal** and **Certificate of Service,** a copy of which is hereby served upon you.

Dated: January 16, 2004     By: _[signature]_

Counsel for Lou Weisbach:
Joel D. Bertocchi
MAYER, BROWN, ROWE & MAW LLP
190 South LaSalle Street
Chicago, IL 60603