# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| BRADLEY KEYWELL, *et al.*, | ) | Case Nos. **03 C 5538** |
| | ) | and **03 C 6084** |
| Appellants, | ) | (consolidated) |
| Cross-Appellees, | ) | |
| | ) | |
| v. | ) | Judge Charles R. |
| | ) | Norgle, Sr. |
| | ) | |
| HA-LO INDUSTRIES, INC., | ) | Appeals from |
| | ) | Bankruptcy Adversary |
| Appellee, | ) | No. 03 A 1941 |
| Cross-Appellant. | ) | Judge Carol A. |
| | ) | Doyle |

## APPELLATE DOCKETING STATEMENT

Gregory J. Kilrea, Lou Weisbach, Linden Nelson, Eric Lefkofsky and Bradley Keywell, Appellants in No. 03 C 5538 and Cross-Appellees in No. 03 C 6084 (collectively referred to herein as "the Intervenors") respectfully submit this Docketing Statement in accordance with Seventh Circuit Local Rule 3(c)(1). Pursuant to these rules, the Intervenors state as follows:

**I.  Prior or Related Appellate Proceedings in this Case**

There are no prior appellate proceedings in this case.

**II.  Jurisdictional Statement**

**A.  The Basis for the District Court's Jurisdiction**

This is an appeal from an order of the United States District Court for the Northern District of Illinois, Eastern Division, (1) affirming on appeal an order of the United States Bankruptcy Court for the Northern District of Illinois, Eastern

Division, granting a motion for a preliminary injunction against the Intervenors, and (2) denying as moot a motion by the Intervenors for entry of an injunction pursuant to the All Writs Act, 28 U.S.C. §1651. The District Court had appellate jurisdiction over the Intervenors' appeal from the decision of the Bankruptcy Court pursuant to 28 U.S.C. §158(a)(1) as a final order appealable as of right. In addition, the District Court granted the Intervenors' motion for leave to appeal in this case pursuant to 28 U.S.C. §158(a)(3). The District Court had original jurisdiction over the Intervenors' request for an injunction under the All Writs Act, 28 U.S.C. §1651, pursuant to that statute itself.

### B.    The Basis for the Court of Appeals' Jurisdiction

Jurisdiction is conferred upon the Court of Appeals over that portion of this appeal seeking review of the District Court's order affirming the decision of the Bankruptcy Court pursuant to 28 U.S.C. §158(d), which provides that "[t]he courts of appeals shall have jurisdiction of appeals from all final decisions, judgments, orders, and decrees entered under subsections (a) and (b) of this subsection." As set forth above, the District Court's order affirming the Bankruptcy Court was entered pursuant to its jurisdiction under 28 U.S.C. §158(a). The District Court's order affirmed the order of the Bankruptcy Court granting a preliminary injunction.

Jurisdiction is conferred upon the Court of Appeals over that portion of this appeal seeking review of the District Court's order denying as moot the

2

Intervenors' request for an injunction pursuant to the All-Writs Act, 28 U.S.C. §1651, by 28 U.S.C. §1291, as that decision was a final decision of the District Court with respect to the Intervenors' injunction request.

This appeal is timely filed. The order appealed from was entered on December 22, 2003, and the Notice Of Appeal was filed on _____, within 30 days of that date, pursuant to Fed.R.App.P. 4(a)(1)(A).[1]

---

[1] The District Court had previously consolidated this proceeding with a cross-appeal by appellee HA-LO Industries, Inc. ("HA-LO"), District Court Case No. 03 C 6084. The December 22 order appealed from herein did not expressly address that cross-appeal and did not cite the cross-appeal case number on its face, although it did "affirm" the Bankruptcy Court's order. The Intervenors filed a motion with the District Court asking, as a matter of clarification, whether the December 22 order was also meant to dispose of the cross-appeal, but the District Court set a briefing schedule on that motion that will extend beyond the 30-day date for filing an appeal from the December 22 order. Accordingly, the Intervenors proceed on the basis that the December 22 order is a final order, in part so as to avoid losing their right to appeal.

3

Respectfully submitted,

LOU WEISBACH, on behalf of himself
and BRADLEY KEYWELL, GREGORY
KILREA, ERIC LEFKOFSKY & LINDEN
NELSON

By: _____
          One of their attorneys

Thomas M. Durkin
Joel D. Bertocchi
Richard G. Ziegler
Sheri L. Drucker
Mayer, Brown, Rowe & Maw LLP
190 S. LaSalle Street
Chicago, IL 60603
(312) 782-0600

Allan Tracy Slagel
Howard A. Davis
Patricia S. Spratt
Shefsky & Froelich, Ltd.
444 N. Michigan Avenue
Chicago, IL 60611
(312) 527-4000

Thomas P. Cimino, Jr.
Vedder, Price, Kaufman & Kammholz
222 N. LaSalle Street
Suite 2300
Chicago, IL 60601
(312) 609-7500

Robert P. Cummins
Cummins & Cronin
77 West Wacker Drive, Suite 4800
Chicago, IL 60601
(312) 578-0500

Bart T. Murphy
Samuel S. Cohen
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
(312) 201-2000

Simon J. Hill
Bradley J. Schram
Hertz, Schram & Saretsky, P.C.
1760 South Telegraph Road, Suite 300
Bloomfield Hills, MI 48302
(248) 335-5000

Steven R. Lefkofsky
Petersen & Lefkofsky
39533 Woodward Avenue
Suite 170
Bloomfield Hills, MI 48304
(248) 644-6400

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRADLEY KEYWELL, *et al.*, | ) Case Nos. **03 C 5538** |
| | ) and **03 C 6084** |
| Appellants, | ) (consolidated) |
| Cross-Appellees, | ) |
| | ) |
| v. | ) Judge Charles R. |
| | ) Norgle, Sr. |
| | ) |
| HA-LO INDUSTRIES, INC., | ) Appeals from |
| | ) Bankruptcy Adversary |
| Appellee, | ) No. 03 A 1941 |
| Cross-Appellant. | ) Judge Carol A. |
| | ) Doyle |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing ***Appellate Docketing***

***Statement*** was served upon the following:

Howard Mittelman, David H. Mendelson, Lauren S. Mendelson, Darren Lisse,
Patrick Sheridan, and Dan Lettieri, Defendants Herein

Katharine M. Ryan
Marc I. Willner
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Suite 4000
Bala Cynwyd, PA 19004
(610) 667-7706

Clifford S. Goodstein
Susan M. Greenwood
MILBERG WEISS BERSHAD
  HYNES & LERACH LLP
One Pennsylvania Plaza – 49th Floor
New York, New York 10119
(212) 594-5300

1

Marvin A. Miller
Jennifer Winter Sprengel
Matthew E. Van Tine
MILLER FAUCHER and CAFFERTY LLP
30 North LaSalle Street, Suite 3200
Chicago, Illinois 60602
(312) 782-4880

Stewart Cearley
CAULEY GELLER BOWMAN & RUDMAN, LLP
11311 Arcade Drive, Suite 200
P.O. Box 25438
Little Rock, Arkansas 72221
(501) 312-8500

Paul J. Geller
Jack Reise
CAULEY GELLER BOWMAN & RUDMAN, LLP
1 Boca Place
2255 Glades Road, Suite 421A
Boca Raton, Florida 33431
(561) 750-3000

Adam J. Levitt
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
656 West Randolph Street
Suite 500 West
Chicago, Illinois 60602
(312) 466-9200

Michael S. Etkin
Ira Levee
LOWENSTEIN SANDLER
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500

2

HA-LO Industries, Inc., Debtor and Debtor-in-Possession, Plaintiff Herein

Bruce S. Sperling
Steven C. Florsheim
Robert D. Cheifetz
SPERLING & SLATER
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603
(312) 641-3200

Gregory J. Kilrea, Linden Nelson, Bradley Keywell,
and Eric Lefkofsky, Intervenors

Samuel S. Cohen
WILDMAN, HARROLD, ALLEN & DIXON
225 West Wacker Drive, Suite 300
Chicago, Illinois 60606
(312) 201-2000

Thomas P. Cimino, Jr.
David L. Doyle
VEDDER, PRICE, KAUFMAN & KAMMHOLZ
222 North LaSalle Street, Suite 2300
Chicago, Illinois 60601
(312) 609-7500

Steven R. Lefkofsky
PETERSEN & LEFKOFSKY, P.C.
39533 Woodward Avenue
Suite 170
Bloomfield Hills, Michigan 48304
(248) 644-6400

Allan T. Slagel
Howard A. Davis
Jared M. Wayne
SHEFSKY & FROELICH LTD.
444 North Michigan Avenue
Suite 2500
Chicago, Illinois 60611
(312) 527-4000

Simon J. Hill
Bradley J. Schram
HERTZ, SCHRAM & SARETSKY, P.C.
1760 South Telegraph Road
Suite 3000
Bloomfield Hills, Michigan 48302
(248) 335-5000

by overnight mail a copy of the same, pursuant to the court's agreed order, at
190 South LaSalle Street, Chicago, Illinois this 16th of January, 2004.

Dated: January 16, 2004          Respectfully submitted,

By: _____

Counsel for Lou Weisbach:
Joel D. Bertocchi
MAYER, BROWN, ROWE & MAW LLP
190 South LaSalle Street
Chicago, IL 60603

4

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| BRADLEY KEYWELL, *et al.*, | ) | Case Nos. **03 C 5538** |
| | ) | and **03 C 6084** |
| Appellants, | ) | (consolidated) |
| Cross-Appellees, | ) | |
| | ) | |
| v. | ) | Judge Charles R. |
| | ) | Norgle, Sr. |
| | ) | |
| HA-LO INDUSTRIES, INC., | ) | Appeals from |
| | ) | Bankruptcy Adversary |
| Appellee, | ) | No. 03 A 1941 |
| Cross-Appellant. | ) | Judge Carol A. |
| | ) | Doyle |

## NOTICE OF FILING

JAN 2 1 2004

PLEASE TAKE NOTICE that on January 16, 2004, counsel for Lou

Weisbach caused to be filed with the Clerk of the United States District Court

for the Northern District of Illinois, 219 South Dearborn Street, Chicago,

Illinois, the ***Appellate Docketing Statement*** and ***Certificate of Service,*** a

copy of which is hereby served upon you.

Dated: January 16, 2004          By: _____

Counsel for Lou Weisbach:
Joel D. Bertocchi
MAYER, BROWN, ROWE & MAW LLP
190 South LaSalle Street
Chicago, IL 60603

