# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

NOTICE OF ISSUANCE OF MANDATE

DATE: July 3, 2007

TO: Michael W. Dobbins
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

FROM: Clerk of the Court

RE: 04-1183
Keywell, Bradley v. Ha-Lo Industries
03 C 5538, Charles R. Norgle, Judge

**FILED**
JUL - 5 2007
JUL 5, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Herewith is the mandate of this court in this appeal. A certified copy of the opinion/order of the court shall constitute the mandate.

The record that was filed with this court in this cause will be returned at a later date.

Copies of this notice sent to:   Counsel of record

[ ]   United States Marshal

[ ]   United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____          _____
(1203-052495)                        Deputy Clerk, U.S. District Court